UNITED STATES DISTRICT COURT          ECF CASE

SOUTHERN DISTRICT OF NEW YORK      08 CV 00484 (LLS)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

              Plaintiff,
     - against -

DISTRIBUTION I (USA), INC.,

           Defendant.

DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT

[F.R.Civ.P. 7.1]

---

Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY

January 16, 2007

CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP, 61 Broadway, Ste. 3000
New York, NY 10006 – Tel. 212-344-7042


By: /s/_____Joseph De May, Jr.._____
        Joseph De May, Jr. [JD-9105]
        Attorneys for Plaintiff