UNITED STATES DISTRICT COURT  ECF CASE

SOUTHERN DISTRICT OF NEW YORK  08 CV 00484 (LLS)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                Plaintiff,

- against -

DISTRIBUTION 1 (USA), INC.,

                Defendants.

SUMMONS AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

---

THE PRESIDENT OF THE UNITED STATES OF AMERICA.

To the Marshal of the U.S. District Court for the Southern District of New York, GREETINGS:

    WHEREAS, the attached Verified Complaint in admiralty was filed herein for damages alleged to be due the said Plaintiff and praying that process of attachment and garnishment be issued;

    WHEREAS, said Verified Complaint is supported by a declaration that the defendant, DISTRIBUTION 1 (USA), INC., cannot be found in this District;

    NOW, THEREFORE, we do hereby command that you attach defendant, DISTRIBUTION 1 (USA), INC.'s goods, chattels, credits, and effects up to the amount sued for, namely: the property of defendant within the District, including monies owed to defendant by, or otherwise held by the following garnishees, to the extent of $96,763.50:

    AMERICAN EXPRESS BANK
    c/o Zeichner Ellman & Krause LLP
    575 Lexington Avenue, New York, NY 10022

    BANK OF AMERICA
    345 Park Avenue, New York, NY

        BANK OF CHINA
        410 Madison Avenue, New York, NY

        BANK OF NEW YORK
        120 Broadway, Legal Dept., 19th Fl., New York, NY

        BARCLAY'S BANK
        200 Park Avenue, New York, NY

        BNP PARIBAS
        787 Seventh Avenue, New York, NY

        CITIBANK, N.A.
        90 Park Avenue at East 40th Street, New York, NY

        CREDIT SUISSE FIRST BOSTON
        One Madison Avenue, New York, NY

        HSBC (USA) BANK
        452 Fifth Avenue, New York, NY

        J.P. MORGAN CHASE BANK
        1 Chase Manhattan Plaza, New York, NY

        STANDARD CHARTERED BANK
        1 Madison Avenue, New York, NY

        WACHOVIA BANK
        360 Madison Avenue, New York, NY

And, that you promptly, after execution of this process, file same with the Court, with your return thereon; and

      Garnishee is required, pursuant to Rule B(3)(a) of the Supplement Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, an answer to the Verified Complaint, together with answers to any interrogatories which may be served with the Verified Complaint, within 20 days after service of this Summons With Process of Maritime Attachment and Garnishment.

Defendants are required, pursuant to Rule B(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee

WITNESS, The Honorable Judges of this Court on this 24 day of ~~September, 2007~~ January, 2008

J. Michael McMahon Clerk

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT                    ECF CASE

SOUTHERN DISTRICT OF NEW YORK                   08 CV 00484 (LLS)

| |
|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE, <br><br>                           Plaintiff, <br>   - against - <br><br>DISTRIBUTION I (USA), INC., <br><br>                           Defendant. |

DECLARATION OF SERVICE

      JAMIE RODRIGUEZ declares that the following statement is true under the penalties of perjury:

      1.     I am over the age of 18 years and I am not a party to this action.

      2.     On the dates and at the addresses set out in the attached list filled in by me, I served true and complete copies of the following process and pleadings in this case upon the garnishees also set out in the attached list:

          (a)     Process of maritime attachment and garnishment;

          (b)     Court order granting attachment;

          (c)     Court order allowing for substitute process server;

          (d)     Plaintiff's Supplemental Admiralty Rule B declaration;

          (e)     Plaintiff's Memorandum in support of attachment;

          (f)     Plaintiff's summons;

          (g)     Plaintiff's complaint;

          (h)     Plaintiff's corporate disclosure statement;

For each garnishee, service was made by personal delivery to the person identified and described in the attached list; and each such personal represented to me that he or she was authorized to receive service of process for that garnishee.

Dated: New York, New York

      February 20, 2008

/s/ _____Jamie Rodriguez_____

                JAMIE RODRIGUEZ

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

Date Served: 2-14-08

Name of Person Served: Michael Antonivich

Job Title of Person Served: Managing Clerk

    Gender: Male

    Hair Color: Greyish/Brown

    Approximate Height: 6 ft

    Approximate Weight: 155

    Approximate Age: 45


BANK OF AMERICA
345 Park Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Louis D'Agostino

Job Title of Person Served: Vice President

    Gender: Male

    Hair Color: Grey/White

    Approximate Height: 5-8

    Approximate Weight: 145

    Approximate Age: 62


~~BANK OF CHINA~~
~~410 Madison Avenue, New York, NY~~

~~Date Served:~~

Name of Person Served:

~~Job Title of Person Served:~~

    ~~Gender:~~

    ~~Hair Color:~~

    ~~Approximate Height:~~

    ~~Approximate Weight:~~

    ~~Approximate Age:~~

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY
Date Served: 2-12-08
Name of Person Served: Vodel P. Muccalli
Job Title of Person Served: Legal administrator
    Gender: Female
    Hair Color: Grey/Blond
    Approximate Height: 5-8
    Approximate Weight: 130
    Approximate Age: 29

BARCLAY'S BANK
200 Park Avenue, New York, NY
Date Served: 2-13-08
Name of Person Served: Alan B. Kaplan
Job Title of Person Served: Deputy General Counsel
    Gender: Male
    Hair Color: Grey
    Approximate Height: 5-2
    Approximate Weight: 135
    Approximate Age: 50

BNP PARIBAS
787 Seventh Avenue, New York, NY
Date Served: 2-14-08
Name of Person Served: Denise Campbell
Job Title of Person Served:
    Gender: Female
    Hair Color: Blond
    Approximate Height: 5-2
    Approximate Weight: 125
    Approximate Age: 30

CITIBANK, N.A.
1 Court Square, 7th Floor, Zone 5, Long Island City, NY
Legal Service Intake Unit

Date Served: 2-15-08

Name of Person Served: Russum Abidally

Job Title of Person Served: Asst. Vice President / Legal Service Intake Unit

Gender: male

Hair Color: Black/Gray

Approximate Height: 5-5

Approximate Weight: 135

Approximate Age: 45


CREDIT SUISSE FIRST BOSTON
One Madison Avenue, Legal & Compliance, New York, NY

Date Served: 2/13/08

Name of Person Served: Kathrin Mahgerefteh

Job Title of Person Served: Asst. Vice President / Legal & Compliance

Gender: female

Hair Color: Blond

Approximate Height: 5-3

Approximate Weight: 125

Approximate Age: 30


HSBC (USA) BANK
452 Fifth Avenue, New York, NY

Date Served: 2-15-08

Name of Person Served: Esther Akinsanya

Job Title of Person Served: Customer Service

Gender: female

Hair Color: Black

Approximate Height: 5-2

Approximate Weight: 125

Approximate Age: 25

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, Floor 20, New York, NY

Date Served: 2/12/08

Name of Person Served: Doreen Bertone

Job Title of Person Served: Legal Specialist III

    Gender: female

    Hair Color: Black

    Approximate Height: 5-6

    Approximate Weight: 140

    Approximate Age: 58


STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

Date Served: 2/13/08

Name of Person Served: Johanna Terrero

Job Title of Person Served: Legal Dept.

    Gender: female

    Hair Color: Black

    Approximate Height: 5-6

    Approximate Weight: 135

    Approximate Age: 30


WACHOVIA BANK
360 Madison Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Ever Garcia

Job Title of Person Served:

    Gender: Black

    Hair Color: Black

    Approximate Height: 5-10

    Approximate Weight: 140

    Approximate Age: 30